**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Gutierrez, Jr. | No. CV05-1670-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Board Supervisors, Joe Arpaio, | |
| Defendants. | |

Plaintiff, Jose Gutierrez, Jr., filed his Civil Rights Complaint on June 5, 2005. On February 27, 2006, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by March 20, 2006. The Court notes that Plaintiff listed two addresses on his complaint and all orders have been sent to Plaintiff at both addresses. All orders sent to the Lower Buckeye Jail have been returned by the Post-office. All orders sent to Plaintiff at 1339 E. Apollo Dr., Phoenix, AZ 85042 have not been returned by the Post-Office.

On May 5, 2006, the Magistrate Judge filed her Report and Recommendation recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with Fed. R. Civ. P. 41(b).

In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has

1 | since expired and no objections to the Report and Recommendation have been filed.
2 |     The Court finds itself in agreement with the Report and Recommendation of the
3 | Magistrate Judge.
4 |     IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
5 | as the order of this Court.
6 |     IT IS FURTHER ORDERED dismissing this case without prejudice for failure to
7 | prosecute.
8 |     IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

DATED this 16th day of June, 2006.

_____
Susan R. Bolton
United States District Judge

- 2 -